# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Government Accountability & Oversight ) | |
| *Plaintiff* ) | |
| ) | |
| v. ) | Civil Action No. 1:26-cv-2058 |
| ) | |
| US Department of the Treasury ) | |
| *Defendant* ) | |

## SUMMONS IN A CIVIL ACTION

To:      *(Defendant s name and address)* US Attorney's Office
Attn: Civil Process Clerk
601 D Street NW
Washington, DC 20530

A lawsuit has been filed against you.

Within 30 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff s attorney, whose name and address are:      Matthew D. Hardin
Hardin Law Office
101 Rainbow Drive # 11506
Livingston, TX 77399

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.



*ANGELA D. CAESAR, CLERK OF COURT*

Date: 6/10/2026

/s/ Nicole M. Wilkens

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Government Accountability & Oversight | ) |
| *Plaintiff* | ) |
| | ) |
| v. | ) |
| | ) |
| US Department of the Treasury | ) |
| *Defendant* | ) |

Civil Action No. 1:26-cv-2058

## SUMMONS IN A CIVIL ACTION

To:    *(Defendant s name and address)* US Attorney General
950 Pennsylvania Ave NW
Washington, DC 20530


A lawsuit has been filed against you.

Within 30 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff s attorney, whose name and address are:    Matthew D. Hardin
Hardin Law Office
101 Rainbow Drive # 11506
Livingston, TX 77399


If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.



*ANGELA D. CAESAR, CLERK OF COURT*

Date: 6/11/2026

/s/ Nicole M. Wilkens

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Government Accountability & Oversight | ) |
| *Plaintiff* | ) |
| | ) |
| v. | ) |
| | ) |
| US Department of the Treasury | ) |
| *Defendant* | ) |

Civil Action No. 1:26-cv-2058

## SUMMONS IN A CIVIL ACTION

To:    *(Defendant s name and address)* US Department of the Treasury
Attn: General Counsel
1500 Pennsylvania Avenue, NW
Washington, DC 20220

A lawsuit has been filed against you.

Within 30 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff s attorney, whose name and address are:    Matthew D. Hardin
Hardin Law Office
101 Rainbow Drive # 11506
Livingston, TX 77399

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.



*ANGELA D. CAESAR, CLERK OF COURT*

Date:    6/11/2026                                    /s/ Nicole M. Wilkens
                                                  *Signature of Clerk or Deputy Clerk*