UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GOVERNMENT ACCOUNTABILITY &
OVERSIGHT,

   Plaintiff,

  v.            Civil Action No. 26-2058 (APM)

DEPARTMENT OF THE TREASURY,

   Defendant.

## NOTICE OF APPEARANCE

   The Clerk of the Court will please enter the appearance of Assistant United States Attorney

William Thanhauser as counsel for Defendant in this action.

Dated: June 18, 2026     Respectfully submitted,


          */s/ William Thanhauser*
          WILLIAM THANHAUSER, D.C. Bar #1737034
          Assistant United States Attorney
          601 D Street, NW
          Washington, DC 20530
          (202) 252-7706

          *Attorney for the United States of America*