UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GOVERNMENT ACCOUNTABILITY &
OVERSIGHT,

       Plaintiffs,

      v.

DEPARTMENT OF THE TREASURY,

       Defendant.

Civil Action No. 26-2058 (APM)

## SUBSTITUTION OF COUNSEL

The Clerk of the Court will please enter the appearance of Assistant United States Attorney

Mason D. Bracken and remove the appearance of Assistant United States Attorney William

Thanhauser as counsel for Defendant, the Department of the Treasury, in the above-captioned case.

Dated: July 10, 2026               Respectfully submitted,

By: _____ */s/ Mason D. Bracken* _____
MASON D. BRACKEN
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2523
mason.bracken@usdoj.gov

*Attorney for the United States of America*