UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| GOVERNMENT ACOUNTABILITY & OVERSIGHT,<br><br>       Plaintiff,<br><br>  v.<br><br>DEPARTMENT OF THE TREASURY,<br><br>       Defendant. | Civil Action No. 26-2058 (APM) |

**DEFENDANT'S FIRST PARTIAL CONSENT MOTION FOR EXTENSION OF TIME
TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 6(b), Defendant, the Department of the Treasury, by and through undersigned counsel, respectfully files its first motion for extension of time to answer or otherwise respond to Plaintiff's Complaint. Defendant seeks a thirty-day extension—from July 13 to August 12, 2026. The Parties conferred under Local Civil Rule 7(m). Plaintiff courteously has consented to an extension of twenty-one days but does not consent to a further extension. The grounds for this motion are as follows.

Plaintiff filed its Complaint on June 11, 2026. ECF No. 1. The United States Attorney's Office was served with the complaint and summons on June 11, 2026, making Defendant's response due July 13, 2026. Plaintiff sues under the Freedom of Information Act ("FOIA") regarding two of its FOIA requests. *See generally* Compl.

Defendant respectfully submits that there is good cause for the requested extension. First, due to matters and competing deadlines in many older, pending cases, undersigned counsel requires additional time to review the Complaint, investigate Plaintiff's claims, confer with the agency, and examine the administrative record. Second, Defendant needs sufficient time to ensure

internal review of a responsive Court filing consistent with Department of Justice procedures.

This motion is filed in good faith and not for purposes of gaining any unfair advantage through delay. This is Defendant's first request for an extension. There are no other existing deadlines in this case. Finally, it is not anticipated that granting this motion will unduly prejudice Plaintiff (indicated by its consent to an extension of twenty-one days, but not more) nor will it adversely affect this Court's orderly administration of this matter given the very early stages of this case.

For these reasons, Defendant respectfully requests that the Court extend the time for Defendant to answer or otherwise respond to the Complaint as set forth in the attached proposed order.

Dated: July 10, 2026
      Washington, D.C.

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney


By: _____ */s/ Mason D. Bracken* _____
    MASON D. BRACKEN
    Assistant United States Attorney
    601 D Street, NW
    Washington, DC 20530
    (202) 252-2523
    mason.bracken@usdoj.gov

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GOVERNMENT ACCOUNTABILITY &
OVERSIGHT,

      Plaintiff,

   v.

U.S. DEPARTMENT OF THE TREASURY,

      Defendant.

Civil Action No. 26-1811 (APM)

## [PROPOSED] ORDER

UPON CONSIDERATION of the Defendant's First Partial Consent Motion for Extension of Time to Answer or Otherwise Respond to the Complaint, and for good cause shown, it is hereby:

ORDERED that the motion is GRANTED.

It is further ORDERED that the due date for Defendant's answer or response to the Complaint is extended until August 12, 2026.

IT IS SO ORDERED.

SIGNED:

_____

Date

_____

AMIT P. MEHTA
United States District Judge