UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GOVERNMENT ACOUNTABILITY & OVERSIGHT,<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF THE TREASURY,<br><br>Defendant. | Civil Action No. 26-2058 (APM) |

**DEFENDANT'S CONSENT MOTION FOR EXTENSION OF TIME TO FILE INITIAL JOINT STATUS REPORT**

Pursuant to Federal Rule of Civil Procedure 6(b), Defendant, the Department of the Treasury, by and through undersigned counsel, respectfully files this motion for extension of time to file the initial joint status report in this Freedom of Information Act case. Defendant seeks a one-week extension—from August 27 to September 3, 2026. The Parties conferred under Local Civil Rule 7(m), and Plaintiff courteously has consented.

Defendant respectfully submits that there is good cause for the requested extension. The agency counsel assigned to this matter is out of the office on pre-planned travel from August 17 to August 25, 2026. Upon his return, additional time is required to gather the information responsive to the Court's August 13, 2026, Minute Order.

This motion is filed in good faith and not for purposes of gaining any unfair advantage through delay. This is Defendant's second request for an extension in the case. There are no other existing deadlines in this case. Finally, it is not anticipated that granting this motion will unduly prejudice Plaintiff (indicated by its consent) nor will it adversely affect this Court's orderly administration of this matter given the very early stages of this case.

For these reasons, Defendant respectfully requests that the Court extend the time for the Parties to file their initial joint status report as set forth in the attached proposed order.

Dated: August 21, 2026
Washington, D.C.

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: *_/s/ Mason D. Bracken_*

MASON D. BRACKEN
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2523
mason.bracken@usdoj.gov

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GOVERNMENT ACCOUNTABILITY & OVERSIGHT,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF THE TREASURY,<br><br>Defendant. | Civil Action No. 26-1811 (APM) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of the Defendant's Consent Motion for Extension of Time to File Initial Joint Status Report, and for good cause shown, it is hereby:

ORDERED that the motion is GRANTED.

It is further ORDERED that the Parties shall file a joint status report on September 3, 2026.

IT IS SO ORDERED.

SIGNED:

______________________
Date

______________________
AMIT P. MEHTA
United States District Judge